UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| SHARNAE TRUST, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:13CV1686 RLW |
| ) | |
| ST. LOUIS HOUSING AUTHORITY, et al., ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM AND ORDER

This matter is before the Court *sua sponte*. On September 19, 2014, Mary E. Devries, counsel for Plaintiff, filed a Substitution of Counsel, indicating that she was leaving Legal Services of Eastern Missouri, Inc. The notice also requested that Susan M. Alverson be substituted as Plaintiff's counsel. Thereafter, on September 24, 2014, Daniel E. Claggett entered his appearance on behalf of Plaintiff. The entry of appearance also included Susan M. Alverson. However, according to the Administrative Procedures Manual for the Eastern District of Missouri Clerks Office, "[a]dditional attorneys who wish to appear of record must enter their appearances separately using their own logins and passwords." Administrative Procedures Manual, p. 11, http://clerks1.moed.circ8.dcn/content/operations.

Accordingly,

**IT IS HEREBY ORDERED** that attorney Susan M. Alverson shall file a separate entry of appearance, using her own login and password, no later than October 3, 2014. Ms. Alverson should contact the Clerk's Office if she requires further assistance.

Dated this __26th__ Day of September, 2014.

_Ronnie L. White_
RONNIE L. WHITE
UNITED STATES DISTRICT JUDGE